# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KEVIN COLEMAN** | : | |
| *Plaintiff* | : | **CIVIL ACTION NO.** |
| | | **3:18-cv-00076-VLB** |
| **VS.** | : | |
| **RECOVERY NETWORK OF** | : | |
| **PROGRAMS, INC.,** | : | December 5, 2019 |
| *Defendant* | | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their understood counsel who are authorized by their respective clients to execute this Stipulation, that the above captioned action be dismissed, in its entirety as to all parties, with prejudice, and with no award of attorney's fees, costs and/or disbursements to any party.

**THE PLAINTIFF**

**By_____/s_____**

**Eugene Axelrod, Esq.**
**Axelrod & Associates, LLC**
**8 Lunar Drive**
**Woodbridge, CT 06525**
**Tel. (203) 389-6526**
**Fax (203) 389-2656**
**eaxelrod@axelrodlegal.com**

# **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on December 5, 2019. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

By

_____/s/_____
Eugene Axelrod, Esq.
Axelrod & Associates, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel. (203) 389-6526
Fax (203) 389-2656
eaxelrod@axelrodlegal.com